**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.  Case No: 3:03cr52/RV
  3:05cv98/RV/MD

JIMMY GILLIMS

---

**ORDER**

The defendant has filed a notice of appeal (doc. 117) which this court construes as a request for a certificate of appealability.[1] Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's October 14, 2005 order (doc. 115), his request for a certificate of appealability is DENIED. Leave to proceed *in forma pauperis* should also be denied. Fed.R.App.P. 24(a)(3). Defendant shall pay the $255.00 filing fee within thirty days.

DONE AND ORDERED this 22nd day of December, 2005.

  /s/ *Roger Vinson*
  **ROGER VINSON
  SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).